## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**XERTION FITNESS, LLC**                                            **PLAINTIFF**

**v.**                        **CASE NO. 4:25-CV-00443-BSM**

**HUDSON EXCESS INSURANCE COMPANY**                **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of April, 2026.


_____
UNITED STATES DISTRICT JUDGE